**1369 McDONALD (Supervisor) vs. SHEPHERD (Supervisor),** No. 14444½.

To compel respondent supervisor of Mikado township to spread upon the tax roll a sufficient sum to pay a judgment recovered by Greenbush township against Mikado township.

Order to show cause denied, October 2, 1894, on the ground that the application should be made to the Circuit Court.

**1370 WOOD (Assessor School Dist.) vs. KILLMASTER (Supervisor, Township of Gustin), No. 13157.**

To compel respondent to place the amount of a certain judgment recovered against relator's district upon the tax roll.

Alternative writ granted November 15, 1892.

**1371 WOOD vs. KILLMASTER (Supervisor), No. 13557.**

Relator filed a petition, showing that the order entered in the preceding case had not been complied with, and a peremptory mandate was issued June 14, 1893, in default of answer, with costs, directing respondent to comply forthwith.

**1372 SHIPPEY vs. SUPERVISORS (City of Au Sable), No. 12361, 90 M., 45.**

To compel assessment of the amount of a certain judgment.

Denied January 22, 1892, with costs to relator, on the ground that it is too late to issue the writ for any effect upon the tax roll of 1891, but held, that relator was entitled to have the tax spread upon the roll for 1892.

**1373 HAINES vs. BOARD OF SUPERVISORS (Saginaw), No. 11754.**

To compel respondent to allow to a township a certain credit and to provide for its payment.